JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED   MAY 1 1 2005

CLERK'S OFFICE

A CERTIFIED TRUE COPY

MAY 1 1 '05

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
CLERK'S OFFICE

'05 MAY 16 P 2:54

DOCKET NO. 1629

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*IN RE NEURONTIN MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE A)*

*ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER*

A conditional transfer order was filed in the 21 actions listed on the attached Schedule A on April 13, 2005. Prior to expiration of that order's fifteen-day stay of transmittal, plaintiffs in the 21 actions submitted a notice of opposition to the proposed transfer. Plaintiffs have now advised the Panel that they withdraw their initial opposition to transfer with respect to these 21 actions.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-6" filed on April 13, 2005, is LIFTED, and thus these 21 actions are transferred to the District of Massachusetts for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Patti B. Saris.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

## SCHEDULE A

<u>MDL-1629 — In re Neurontin Marketing, Sales Practices and Products Liability Litigation</u>

    <u>Southern District of Alabama</u>

*Darlene Owens, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-768

    <u>District of New Jersey</u>

*James H. Whitehouse, Sr., et al. v. Pfizer, Inc., et al.*, C.A. No. 2:04-6257

    <u>Northern District of New York</u>

*Frank Vercillo, Jr. v. Pfizer, Inc., et al.*, C.A. No. 5:05-32

    <u>Southern District of New York</u>

*Gary L. Lyman, etc., et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-6704
*Mark Minisquero, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-7297
*Nicole Justine James v. Pfizer, Inc., et al.*, C.A. No. 1:04-7374
*Jay DiGiacomo v. Pfizer, Inc., et al.*, C.A. No. 1:04-7962
*Avrill C. Aronson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8721
*Joy Dodson, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8963
*Timothy P. Scott, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:04-8990
*Dorothy Kern v. Pfizer, Inc., et al.*, C.A. No. 1:04-9249
*John Dees, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-9304
*Peter Veraas v. Pfizer, Inc., et al.*, C.A. No. 1:04-9429
*Theodore Populis, et al. v. Pfizer, Inc., et al.*, C.A. No. 1:04-10265
*Kathleen Wilson, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-72
*William Montgomery v. Pfizer, Inc., et al.*, C.A. No. 1:05-73
*Michael Mendoza v. Pfizer, Inc., et al.*, C.A. No. 1:05-74
*Johnnie Hargrove v. Pfizer, Inc., et al.*, C.A. No. 1:05-75
*Shanan Feyer, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-76
*Gregory Retzer v. Pfizer, Inc., et al.*, C.A. No. 1:05-77
*Sidney Brown, etc. v. Pfizer, Inc., et al.*, C.A. No. 1:05-237

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-08990-JSR

Scott v. Pfizer Inc. et al
Assigned to: Judge Jed S. Rakoff
Related Case: 1:04-cv-06704-JSR
Case in other court: State Court-Supreme, 96-00004
Cause: 28:1441 Notice of Removal

Date Filed: 11/15/2004
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Timothy P. Scott**
*as administrator of the estate of Ellen Marie Capune a/k/a Ellen M. Capune, deceased*

represented by **Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

represented by **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company L.L.C.*

represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*

ATTORNEY TO BE NOTICED

**Defendant**

**Warner-Lambert Company L.L.C.**  represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Orange. Case Number: 7096-04. (Filing Fee $ 150.00, Receipt Number 525987).Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 11/18/2004 (laq, ). (Entered: 11/16/2004) |
| 11/15/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 11/18/2004 (laq, ). (Entered: 11/16/2004) |
| 11/15/2004 |  | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-6704. (laq, ) (Entered: 11/16/2004) |
| 11/15/2004 |  | Case Designated ECF. (laq, ) (Entered: 11/16/2004) |
| 11/19/2004 | 3 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of all plaintiffs (Polimeni, Eleanor) (Entered: 11/19/2004) |
| 11/30/2004 |  | CASE ACCEPTED AS RELATED TO 1:04-cv-6704. Notice of Assignment to follow. (jjm, ) (Entered: 12/03/2004) |
| 11/30/2004 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (jjm, ) Additional attachment(s) added on 1/10/2005 (jjm, ). (Entered: 12/03/2004) |
| 11/30/2004 |  | Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) (Entered: 12/03/2004) |
| 12/03/2004 |  | Mailed notice with Rules 2 & 3 to the attorney(s) of record. (jjm, ) (Entered: 12/03/2004) |
| 01/21/2005 | 5 | DOCKETING ERROR - NON-ECF DOCUMENT FILED ELECTRONICALLY. CONSENT TO stipulation to remand case, subject to Court approval. Document filed by Timothy P. Scott.(Polimeni, Eleanor) Modified on 3/18/2005 (rag, ). (Entered: 01/21/2005) |
| 03/18/2005 |  | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Polimeni, Eleanor to E-MAIL Document No. 5 NON-ECF DOCUMENT. This document is not filed |

| | | |
|---|---|---|
| | | via ECF. (rag, ) (Entered: 03/18/2005) |
| 04/21/2005 | 6 | STIPULATION AND ORDER that this action was removed on the ground of federal question jurisdiction to this court by dfts on 11/15/04; plaintiff Timothy P. Scott agrees that he will not rely on a violation of federal law or regulation as the sole basis for establishing his state law claims; in light this court's decision in Young and plaintiff's binding stipulation, dfts do not oppose remand of this action to New York State Supreme Court, County of Orange. (Signed by Judge Jed S. Rakoff on 4/20/05) (dle, ) (Entered: 04/25/2005) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/17/2005 16:28:43 | | | |
| PACER Login: | us2510 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:04-cv-08990-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |