

| | | | |
|---|---|---|---|
| Howard S. Finkelstein, P.C. | Andrew J. Genna (NY & PA) | Robert F. Moson | Silvia Fermanian |
| Andrew G. Finkelstein, P.C. (NY & NJ) | Thomas C. Yatto | Debra J. Reisenman | Karen M. Queenan (NY & CT) |
| George M. Levy | Elyssa M. Fried-DeRosa | Michael T. McGarry | Marie M. DuSault |
| Kenneth L. Oliver, P.C. | Mary Ellen Wright | Steven P. Shultz (NY & MA) | Andrew I. Falk |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | Kenneth B. Fromson (NY & NJ) | Julio E. Urrutia | |
| Duncan W. Clark | Joel Bossom | Victoria Lieb Lightcap (NY & MA) | *Of Counsel* |
| Ronald Rosenkranz | Nancy Y. Morgan (NY & PA) | Ann R. Johnson (NY & CT) | Jules P. Levine, P.C. (NY & FL) |
| Robert J. Camera (NY & NJ) | Andrew L. Spitz | Marshall P. Richer | Michael O. Gittelsohn, P.C. (NY) |
| Joseph P. Rones (NY & FL) | James W. Shuttleworth, III | Thomas J. Pronti | Joel A. Reback (NY & Israel) |
| Steven Lim | Lawrence D. Lissauer | Kristine M. Cahill (NY & CT) | Sheila Rosenrauch (NY) |
| George A. Kohl, 2nd (NY & MA) | David E. Gross (NY & NJ) | Kara L. Campbell (NY & CT) | Kenneth Cohen (NJ) |
| Eleanor L. Polimeni | | Arieh Mezoff | Cynthia M. Maurer (NY & NJ) |
| Steven H. Cohen | Bonna L. Horovitz (NY, NJ & MA) | Christopher T. Milliman | Raye D. Futerfas (NJ) |
| Francis Navarra | Terry D. Horner | | Frances M. Bova (NY & NJ) |
| | | | Kenneth G. Bartlett (CT & NJ) |
| | | | Ari Kresch (NY & MI) |

(800) 634-1212    200599
REFER TO OUR FILE #

May 18, 2005

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

    Re: MDL-1629 – In re Neurontin Marketing and Sales Practices Litigation

Dear Mr. Beck:

    We are in receipt of the Order filed by the Panel on May 11, 2005 transferring certain personal injury matters to MDL-1629, including the case of <u>Timothy P. Scott, etc. vs. Pfizer, Inc., et al.</u>, C.A. No 1:04-8990. Please note that, by way of a Stipulation and Order signed on April 20, 2005 by Hon. Jed S. Rakoff, U.S.D.J. for the Southern District of New York, this case was remanded to New York State Supreme Court, County of Orange where it is currently pending before Hon. Stewart Rosenwasser. Copies of the said Stipulation and Order, along with the docket sheet entry (see entry number 6), are enclosed. In light of the fact that the said case was not pending in federal court at the time of the transfer, we respectfully request that this matter be deleted from the listing of cases set forth in the Schedule attached to the May 11, 2005 Order.

    Please contact the undersigned if anything further is requested regarding to facilitate the above.

    Thank you for your consideration in this mattter.

                              Very truly yours,

                              FINKELSTEIN & PARTNERS, LLP

                              By: Eleanor L. Polimeni, Esq.

cc: Hon. Patti B. Saris
    James Rouhandeh, Esq.
    Debra V. Urbanowicz-Pandos, Esq.

NEWBURGH • ALBANY • SYRACUSE • POUGHKEEPSIE • UTICA • TROY • BINGHAMTON • MIDDLETOWN • NYACK
NEWARK • NEW WINDSOR • GOSHEN • NEW HAVEN • CINCINNATI
Accredited CLE Provider    www.lawampm.com    www.stocklitigationlaw.com
send ALL correspondence to our operations center: 436 Robinson Avenue, Newburgh, NY 12550 • (800)634-1212 • Fax (845)562-3492

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TIMOTHY P. SCOTT, as Administrator of the
Estate of ELLEN MARIE CAPUNE a/k/a ELLEN
M. CAPUNE a/k/a ELLEN CAPUNE, Deceased,

                       Plaintiff,

               -vs-                                04 CIV 8990 (JSR)

PFIZER, INC., PARKE-DAVIS, a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY
and WARNER-LAMBERT COMPANY LLC,

                       Defendants.
------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-21-05

## STIPULATION AND ORDER

     IT IS HEREBY STIPULATED by the undersigned parties, subject to the approval of the Court as follows:

     1.   This action was removed on the ground of federal question jurisdiction to this Court by defendants on November 15, 2004.

     2.   Previously, this Court heard a motion to remand in a similar case, Young v. Pfizer Inc., 04 CV 6909, which was removed on the basis of federal question jurisdiction and involved a plaintiff who was a citizen of New York State. The Court remanded that case to state court for lack of jurisdiction after plaintiff expressly disclaimed that he would seek to establish his state law claims "based solely on a finding that defendants violated federal law." Memorandum, Dec. 23,

2004, at 2. The Court, "[i]n express reliance on that binding representation," remanded the action to state court. Id.

3. Plaintiff Timothy P. Scott, as Administrator of the Estate of Ellen Marie Capune a/k/a Ellen M. Capune, Deceased, in the above-captioned action stipulates and agrees that he will not rely on a violation of federal law or regulation as the sole basis for establishing his state law claims.

4. In light of this Court's decision in <u>Young</u> and plaintiff's binding stipulation, defendants do not oppose remand of the above-captioned action to New York State Supreme Court, County of Orange.

SO STIPULATED THIS __18__ day of April, 2005.

FINKELSTEIN & PARTNERS, LLP

By: _____
Kenneth R. Fromson (KF 8086)

436 Robinson Avenue
Newburgh, N.Y. 12550
Tel: (845) 562-0203
Fax: (845) 5623492

Attorneys for Plaintiff, Timothy P. Scott, as Administrator of the Estate of Ellen Marie Capune a/k/a Ellen M. Capune, Deceased

DAVIS POLK & WARDWELL

By: _____
James P. Rouhendeh (JR 2251)
James E. Murray (JM 4006)
Erik M. Zissu (EZ 3488)

450 Lexington Avenue
New York, NY. 10017
Tel: (212) 450-4000
Fax: (212) 450-4800

Attorneys for Defendants Pfizer Inc, Parke-Davis, a division of Warner-Lambert Company, and Warner-Lambert Company

SO ORDERED:

_____
Jed S. Rakoff U.S.D.J.
4-20-05

ECF, RELATED

## U.S. District Court
### Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-08990-JSR

Scott v. Pfizer Inc. et al
Assigned to: Judge Jed S. Rakoff
Related Case: 1:04-cv-06704-JSR
Case in other court: State Court-Supreme, 96-00004
Cause: 28:1441 Notice of Removal

Date Filed: 11/15/2004
Jury Demand: None
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Federal Question

**Plaintiff**

**Timothy P. Scott**
*as administrator of the estate of Ellen Marie Capune a/k/a Ellen M. Capune, deceased*

represented by **Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer Inc.**

represented by **Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**
*a division of Warner-Lambert Company and Warner-Lambert Company L.L.C.*

represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company**

represented by **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Warner-Lambert Company L.L.C.**     represented by    **Erik March Zissu**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of Orange. Case Number: 7096-04. (Filing Fee $ 150.00, Receipt Number 525987).Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 11/18/2004 (laq, ). (Entered: 11/16/2004) |
| 11/15/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 11/18/2004 (laq, ). (Entered: 11/16/2004) |
| 11/15/2004 | | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-6704. (laq, ) (Entered: 11/16/2004) |
| 11/15/2004 | | Case Designated ECF. (laq, ) (Entered: 11/16/2004) |
| 11/19/2004 | 3 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of all plaintiffs (Polimeni, Eleanor) (Entered: 11/19/2004) |
| 11/30/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-6704. Notice of Assignment to follow. (jjm, ) (Entered: 12/03/2004) |
| 11/30/2004 | 4 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (jjm, ) Additional attachment(s) added on 1/10/2005 (jjm, ). (Entered: 12/03/2004) |
| 11/30/2004 | | Magistrate Judge Douglas F. Eaton is so designated. (jjm, ) (Entered: 12/03/2004) |
| 12/03/2004 | | Mailed notice with Rules 2 & 3 to the attorney(s) of record. (jjm, ) (Entered: 12/03/2004) |
| 01/21/2005 | 5 | DOCKETING ERROR - NON-ECF DOCUMENT FILED ELECTRONICALLY. CONSENT TO stipulation to remand case, subject to Court approval. Document filed by Timothy P. Scott. (Polimeni, Eleanor) Modified on 3/18/2005 (rag, ). (Entered: 01/21/2005) |
| 03/18/2005 | | ***NOTE TO ATTORNEY TO RE-FILE DOCUMENT - NON-ECF DOCUMENT ERROR. Note to Attorney Polimeni, Eleanor to E-MAIL Document No. 5 NON-ECF DOCUMENT. This document is not filed via ECF. (rag, ) (Entered: 03/18/2005) |
| 04/21/2005 | 6 | STIPULATION AND ORDER that this action was removed on the ground of federal question jurisdiction to this court by dfts on 11/15/04; plaintiff Timothy P. Scott agrees that he will not rely on a violation of federal law or regulation as the sole basis for establishing his state law |

5/16/2005

| | | claims; in light this court's decision in Young and plaintiff's binding stipulation, dfts do not oppose remand of this action to New York State Supreme Court, County of Orange. (Signed by Judge Jed S. Rakoff on 4/20/05) (dle, ) (Entered: 04/25/2005) |
|---|---|---|

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/16/2005 14:10:52 | | | |
| PACER Login: | fl0115 | Client Code: | 200599-06 |
| Description: | Docket Report | Search Criteria: | 1:04-cv-08990-JSR |
| Billable Pages: | 2 | Cost: | 0.16 |